IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03205-CNS-TPO

JOHN DOE,

Plaintiff,

v.

UNITED STATES CENTER FOR SAFESPORT, and
MELISSA VIGIL, individually and in her official capacity,

Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION TO FILE UNREDACTED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) UNDER LEVEL 1 RESTRICTION (DOC. 22)**

---

The U.S. Center for SafeSport (the "Center") and Melissa Vigil (together "Defendants"), move under Fed. R. Civ. P. 26(c)(1)(G) and Local Rule 7.2 to file under Level 1 restriction Defendants' unredacted Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 22).

### Certificate of Conferral

Counsel for Plaintiff John Doe was informed of Defendants' intent to seek leave to file this document under seal, and has indicated that Plaintiff does not oppose the Motion.

### Discussion

1. Plaintiff, with the consent of the Center, previously moved this Court to restrict several documents in this litigation. *See* Plaintiff's Motion for Leave to Restrict Access Pursuant to D.C.Colo.LCivR 7.2 (Doc. 10).

2. The Court granted the Motion (Doc. 13).

1

3. In their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion"), Defendants quote passages from certain documents that are the subject to Plaintiff's original Motion for Leave to Restrict Access Pursuant to D.C.Colo.LCivR 7.2 (Doc. 10).

4. For the reasons set forth in Plaintiff's original Motion for Leave to Restrict Access Pursuant to D.C.Colo.LCivR 7.2 (Doc. 10), in the public-facing filing of the Defendants' Motion (Doc. 21), the Center redacted those portions where it quotes documents that are the subject of the original Motion for Leave to Restrict Access Pursuant to D.C.Colo.LCivR 7.2 (Doc. 10).

5. Defendants subsequently filed an unredacted version of the Motion under restriction at Doc. 22.

6. Defendants request the Court restrict the unredacted version of the Motion (Doc. 22) for the reasons set forth in Plaintiff's original Motion for Leave to Restrict Access Pursuant to D.C.Colo.LCivR 7.2 (Doc. 10).

7. An analysis of the factors set forth in Local Rule 7.2 demonstrates restriction is appropriate for the following reasons:

    a. Given the Center's mission to address emotional, physical, and sexual abuse in sport, Congress has appropriately determined that the Center's files and work product are confidential. *See* 36 U.S.C. § 220541(f)(4)(C)(i) ("Any decision, report, memorandum, work product, notes, or case file of the Center shall be confidential and shall not be subject to discovery, subpoena, or any other means of legal compulsion in any civil action in which the Center is not a party to the action.").

    b. In addition, the Center has a statutory obligation to protect the

"privacy and safety" of those involved in its processes, particularly as Claimants. 36 U.S.C. § 220541(a)(1)(E).

  c. Consistent with these statutes and the underlying privacy concerns, the SafeSport Code for the U.S. Olympic and Paralympic Movement provides that the documents that are the subject of Plaintiff's original Motion for Leave to Restrict are deemed confidential.

  d. These documents contain sensitive and personally identifying information of Claimant, Respondent, and witnesses involved in the Center's processes and sensitive information about the events that occurred.

  e. Disclosure of this personal and sensitive information would be detrimental to the Center's ability to protect the "privacy and safety" of the Claimant involved in this matter. In addition, if the Center is not able to ensure the privacy and safety of those involved in its processes, this could chill reporting and cooperation with the Center thereby undermining its mission to eradicate abuse in sport.

  8. Accordingly, Defendants' request the Court grant its request to file an unredacted version of their Motion (Doc. 22) under Level 1 restriction.

Dated this 20th day of January 2026.  Respectfully submitted,

                 *s/ Joseph Zonies*
                Joseph Zonies, No. 29539
                ZONIES LAW LLC
                3900 E. Mexico Ave., Suite 300
                Denver, CO  80210
                (720) 464-5300
                jzonies@zonieslaw.com

                *Attorneys for Defendants U.S. Center for SafeSport and Melissa Vigil*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION TO FILE MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) UNDER LEVEL 1 RESTRICTION (DOC. 22)** was filed and served on this 20th day of January 2026, using the CM/ECF system, which will serve notification of such filings on counsel for all parties.

        *s/ Joseph Zonies*
        Joseph Zonies

4